**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1009**

---

ALPHONZO TAYLOR, SR.,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA, DEPARTMENT OF
CORRECTIONS,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Dennis W. Dohnal, Magistrate
Judge.  (CA-00-871)

---

Submitted:  April 3, 2002            Decided:  April 16, 2002

---

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Alphonzo Taylor, Sr., Appellant Pro Se.  Ondray Toney Harris,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alphonzo Taylor, Sr. appeals the magistrate judge's order granting summary judgment in favor of Appellee on Taylor's hostile work environment and retaliation claims.[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Taylor v. Virginia</u>, No. CA-00-871 (E.D. Va. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the exercise of jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 636(c)(1) (1994).

2